**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Jay MARTILLOTTI, Respondent.**

**No. 880 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 24, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of May, 2004, there having been filed with this Court by Jay Martillotti his verified Statement of Resignation dated March 18, 2004, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Jay Martillotti be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, retroactive to November 18, 2003, and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Neil L. CONWAY, Respondent.**

**No. 926 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 24, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of May, 2004, the Joint Petition is granted, and, pursuant to Rule 301(d), Pa.R.D.E., it is hereby ORDERED that respondent be transferred to inactive status for an indefinite period and until further Order of this Court. Respondent shall comply with the provisions of Rule 217, Pa.R.D.E.